IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA DIAL and JAMES DIAL<br><br>Plaintiff,<br><br>-v-<br><br>JANSSEN RESEARCH & DEVELOPMENT f/k/a JOHNSON & JOHNSON RESEARCH & DEVELOPMENT LLC, ORTHO-MCNEIL PHARMACEUTICAL LLC, JANSSEN PHARMACEUTICALS INC f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICAL LLC f/k/a/ JANSSEN PHARMACEUTICAL, INC., TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D INC. f/k/a TEVA GLOBAL RESPIRATORY RESEARCH LLC f/k/a IVAX RESEARCH LLC f/k/a IVAX RESEARCH INC. f/k/a IVAX LABORATORIES INC. f/k/a BAKER NORTON PHARMACEUTICALS INC., and JOHNSON & JOHNSON<br><br>Defendants. | MDL No. 2973<br>Case No. 2:20-md-02973-BRM-ESK<br><br>Case No. 2:21-cv-11926-BRM-ESK |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, Lisa Dial and Roger Dial, captioned Defendants, by and through their respective counsel of record, that the claims of Plaintiffs, Lisa Dial and Roger Dial, be dismissed with prejudice and that Plaintiffs be dismissed as a party to this action pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their own costs.

Date: May 22, 2025

| *Attorneys for Plaintiff* | *Attorney for Defendants* |
|---|---|
| s/ Eric D. Holland | s/ Michael C. Zogby |
| Eric D. Holland | Michael C. Zogby |
| Holland Law Firm | Barnes & Thornburg, LLP |
| 211 N. Broadway, Suite 2625 | 67 East Park Place, Suite 1000 |
| St. Louis, MO 63102 | Morristown, NJ 07960 |
| 314-241-8111 | 973-775-6110 |
| eholland@hollandtriallawyers.com | Michael.Zogby@btlaw.com |</br>
Kristen R. Fournier
King & Spalding
1185 Avenue of the Americas,
35th Floor
New York, New York 10036
kfournier@kslaw.com

## CERTIFICATE OF SERVICE

I, Eric D. Holland, hereby certify that May 22, 2025, I filed a copy of the foregoing document via the Court's CM/ECF System, which sent a Notice of Filing Activity to all counsel of record. The document is available for viewing and downloading from that system.

*s/ Eric D. Holland*
Eric D. Holland

It is so ordered this 23 day of May, 2025

Brian R. Martinotti, U.S.D.J.